The following constitutes
the order of the court. Signed June 09, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re                                          No. 09-48501 WJL
                                               Chapter 7
AUGUST B. LANDIS,

        Debtor.
_____/

AUGUST D. LANDIS                               A.P. No. 10-4283

        Plaintiff,

    vs.

AVENELLE LAWRENCE ARCHILLE,

        Defendant.
_____/

**ORDER CONTINUING STATUS CONFERENCE**

On June 8, 2011, the Court held a status conference in the above-captioned adversary proceeding. Plaintiff August B. Landis, United States Trustee, appeared through his attorney Matthew R. Kretzer. Defendant Avenelle Lawrence Archille did no appear on behalf of herself or through her attorney of record, Shimea C. Anderson. Based on the foregoing, it is hereby

ORDERED that the status conference in the above-captioned adversary proceeding is continued to July 13, 2011 at 9:30 a.m. If

Defendant fails to appear, on behalf of herself or through her attorney, at the continued status conference, then the Court will consider a request by Plaintiff to enter Defendant's default in the above-captioned adversary proceeding.

END OF DOCUMENT

```
 1                                    COURT SERVICE LIST
 2   Matthew R. Kretzer
 3   Office of the U.S. Trustee
     1301 Clay St. #690N
 4   Oakland, CA 94612-5217

 5   Avenelle Lawrence Archille
     5422 Bryant Avenue
 6   Oakland, CA 94618

 7   Shimea C. Anderson
     Law Offices of Shimea C. Anderson
 8   385 Grand Avenue #201
     Oakland, CA 94610
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

3

Case: 10-04283   Doc# 15   Filed: 06/11/11   Entered: 06/11/11 21:22:08   Page 3 of 4

```
                        United States Bankruptcy Court
                        Northern District of California
Landis,
         Plaintiff                                      Adv. Proc. No. 10-04283-WJL
Archille,
         Defendant
                        **CERTIFICATE OF NOTICE**
District/off: 0971-4          User: lblue              Page 1 of 1            Date Rcvd: Jun 09, 2011
                              Form ID: pdfeoapc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2011.
dft          +Avenelle Lawrence Archille,   5422 Bryant Avenue,   Oakland, CA 94618-1432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 11, 2011**                    Signature:    *Joseph Speetjens*

Case: 10-04283    Doc# 15    Filed: 06/11/11    Entered: 06/11/11 21:22:08    Page 4 of 4